**ORDERED.**

Dated: August 28, 2008



Eileen W. Hollowell
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2-08-bk-08202-EWH |
| COREY JON GANSER, | ORDER LIFTING AUTOMATIC STAY |
| Debtor. | RE: YUMA COUNTY SUPERIOR COURT NO: S1400CV2008-00769 |

The Stipulation Lifting the Automatic Stay having been filed with this court on August 25, 2008;

IT IS SO ORDERED:

1. Terminating all stays and injunctions, including the automatic stays under Bankruptcy Code Section 362 (a), with respect to Yuma County Superior Court Case No. S1400CV2008-00769, only, and allowing the Plaintiffs Richard and Theresa Parker to pursue state law remedies against insurance policy proceeds therein.

**DATED** this _____ day of _____, 2008.

_____
U.S. Bankruptcy Judge

