**ORDERED.**

Dated: September 09, 2008

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-17367/1538000678

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 0:08-bk-08262-EWH |
| Corey Jon Ganser | Chapter 7 |
| Debtor. | ORDER |
| Mortgage Electronic Registration Systems Inc., as nominee for EverHome Mortgage Company | (Related to Docket #18) |
| Movant, | |
| vs. | |
| Corey Jon Ganser, Debtor, Jim D. Smith, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

GRANTED

property which is the subject of a Deed of Trust dated May 31, 2005 and recorded in the office of the Yuma County Recorder wherein Mortgage Electronic Registration Systems Inc., as nominee for EverHome Mortgage Company is the current beneficiary and Corey Jon Ganser has an interest in, further described as:

    Lot 181, MESA DEL SOL UNIT NO. 2, according to Book 8 of Plats, pages 86 and 87, records of Yuma County, Arizona.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2008.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT