```
 1  Jim D. Smith
    Attorney at Law
 2  221 S. Second Avenue
    Yuma, Arizona 85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5
 6
 7                  IN THE UNITED STATES BANKRUPTCY COURT
 8                       FOR THE DISTRICT OF ARIZONA
 9  In re:                        )  CHAPTER 7
                                  )  Case No. B-08-08262-YUM-EWH
10  COREY JON GANSER,             )
                                  )  TRUSTEE'S APPLICATION FOR
11                                )  ORDER FOR PAYMENT OF UNCLAIMED
                        Debtor.   )  FUNDS TO U.S. BANKRUPTCY COURT
12
         JIM D. SMITH, Trustee, reports that the following dividend
13
    checks have been issued and not presented for payment and more than
14
    ninety (90) days has elapsed from the date of issuance:
15
    CHECK #    DATE ISSUED    CREDITOR'S NAME & ADDRESS        AMOUNT
16  10106      9/14/2010      ARIZONA DEPARTMENT OF REVENUE    $  9.45
                              1600 W. Monroe, Room 520
17                            Phoenix, AZ 85007-2650

18  10107      9/14/2010      FIRST NATIONAL BANK OF OMAHA     $327.48
                              1620 Dodge St., Stop Code 3105
19                            Omaha, NE 68197

20       The Trustee requests that an Order be entered pursuant to
21  §347(a) of the Bankruptcy Code, directing the Trustee to pay over
22  the amount of **$336.93** to the Clerk of the Bankruptcy Court to be
23  deposited in the Registry thereof.
24       DATED: December 21, 2010
25
                                        /s/ Jim D. Smith
26                                      Jim D. Smith, Trustee
```